NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OLIVER SHAFFER,**

*Petitioner*

**v.**

**DEPARTMENT OF AGRICULTURE,**

*Respondent*

---

2026-1176

---

Petition for review of the Merit Systems Protection Board in No. DA-1221-25-0021-W-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (d), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (d) within the time permitted, it is

2                    SHAFFER V. DEPARTMENT OF AGRICULTURE


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


February 23, 2026
Date

Jarrett B. Perlow
Clerk of Court